AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA  **JUDGMENT IN A CRIMINAL CASE**
vs.

CASE NUMBER:   3:11-cr-00020-HDM-WGC-1
MICHELLE ANN MORRIS            USM NUMBER:     45728-048

Ramon Acosta, AFPD
**THE DEFENDANT:**           DEFENDANT'S ATTORNEY

(XX)  pled guilty to  Count Two of Indictment filed 2/9/2011
(  )  pled nolo contendere to count(s) _____ which was accepted by the court.
(  )  was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 18, U.S.C. §471 | Making Counterfeit Obligations of the United States | 11/3/2010 | Two |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )  The defendant has been found not guilty on count(s) _____
(XX)  Count One and Counts Three through Seven of 2/9/2011 Indictment are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 31, 2012
Date of Imposition of Judgment

Signature of Judge

HOWARD D. McKIBBEN
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

June 5, 2012
Date


FILED ____   RECEIVED ____
ENTERED ____   SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 0 5 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____   DEPUTY

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 4 - Probation

Judgment - Page 2

DEFENDANT: MICHELLE ANN MORRIS
CASE NUMBER: 3:11-cr-00020-HDM-WGC-1

## PROBATION

The defendant is hereby sentenced to probation for a term of **Four (4) Years**.

**After a period of Two (2) Years, provided the full Restitution amount of $16,100.00 has been paid in this matter, the defendant may apply to the Court for termination of the remaining Probation term.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

XX The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

XX The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
   Sheet 4B - Probation

| | |
|---|---|
| DEFENDANT: MICHELLE ANN MORRIS | Judgment - Page 3 |
| CASE NUMBER: 3:11-cr-00020-HDM-WGC-1 | |

## SPECIAL CONDITIONS OF SUPERVISION

1. <u>Possession of Weapon</u> - The defendant shall not possess, have under her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2. <u>Warrantless Search</u> - The defendant shall submit to the search of her person, and any property, residence, or automobile under her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3. <u>Substance Abuse Treatment</u> - The defendant shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing, and/or outpatient counseling, as approved and directed by the probation office. The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, the defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon the defendant's ability to pay.

4. <u>Alcohol Abstinence</u> - The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

5. <u>Community Service</u> - The defendant shall complete 100 hours of community service, as approved and directed by the probation officer.

6. <u>Mental Health Treatment</u> - The defendant shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, the defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon the defendant's ability to pay.

7. <u>Debt Obligation</u> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation officer.

8. <u>Access to Financial Information</u> - The defendant shall provide the probation officer access to any requested financial information, including personal income taxes, authorization for release of credit information, and any other business financial information in which the defendant has a control or interest.

9. <u>Gambling Prohibition</u> - The defendant shall not enter, frequent, or be involved with any legal or illegal gambling establishment or activity, except for the purpose of employment, as approved and directed by the probation officer.

AO 245B (Rev 09/11) Judgment in a Criminal Case
   · Sheet 5 - Criminal Monetary Penalties

| DEFENDANT: | MICHELLE ANN MORRIS | Judgment - Page 4 |
|---|---|---|
| CASE NUMBER: | 3:11-cr-00020-HDM-WGC-1 | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | None | $16,100.00 |
| | Due and payable immediately | | Joint and Several |

( )   On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| **Clerk, U.S. District Court**<br>**Attn: Financial Officer**<br>**Case No.: 3:11-cr-00020-HDM-WGC-1**<br>**333 Las Vegas Boulevard, South**<br>**Las Vegas, NV 89101** | | | |
| TOTALS        :  $_____ | | $16,100.00 (See Attached List of Payees) | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   The interest requirement is waived for the: ( ) fine ( ) restitution.
   The interest requirement for the: ( ) fine ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
 Sheet 6 - Schedule of Payments

| | |
|---|---|
| DEFENDANT: MICHELLE ANN MORRIS | Judgment - Page __5__ |
| CASE NUMBER: 3:11-cr-00020-HDM-WGC-1 | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   (XX)   Lump sum payment of **$16,200.00** due immediately, balance due
            ( )   not later than _____; or
            ( )   in accordance with ( ) C, ( ) D, or ( ) E below; or

B   ( )    Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C   ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____
            _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____
            _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term is supervision; or

E           Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   (XX)   Special instructions regarding the payment of criminal monetary penalties:
            **Restitution in the amount of $16,100.00 payable jointly and severally, at the rate of ten percent (10%) of gross income based upon the defendant's ability to pay.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

(XX)   **Joint and Several**
        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

        **Defendant: Michelle Ann Morris; 3:11-cr-00020-HDM-WGC-1; $16,100.00 Joint and Several**
        **Co-Defendant: Eain William Varga; 3:11-cr-00020-HDM-WGC-2; $16,000.00 Joint and Several**

( )    The defendant shall pay the cost of prosecution.

( )    The defendant shall pay the following court cost(s):

(XX)   The defendant shall forfeit the defendant's interest in the following property to the United States:
        **See attached.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

USSS Case 421-735-3767-S
Victims In Excel Format

| Amount | Victim | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|
| $ 100.00 | Smith's Grocery Store | 1255 Barring Blvd | Sparks | NV | 89434 | 775-359-6800 |
| $ 100.00 | Grand Sierra Resort and Casino | 2500 E 2nd St | Reno | NV | 89595 | 775-798-2000/2350 |
| $ 100.00 | Dollar Tree (in Silverstate Plaza) | 620 N McCarran Blvd | Sparks | NV | 89431 | 775-356-9933 |
| $ 100.00 | Frys Pharmacy 660611 | 4440 E Main St | Mesa | AZ | 85205 | 480-218-8573 |
| $ 100.00 | Petco | 2970 Northtowne Ln | Reno | NV | 89512 | 775-673-9200 |
| $ 100.00 | Wells Fargo Reno Cash Services | 2445 Vassar St. | Reno | NV | 89511 | 775-334-1584 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wells Fargo Bank | 2851 Del Paso Rd | Sacramento | CA | 95835 | 916-285-8859 |
| $ 100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $ 100.00 | Silver Legacy Resort Casino | 407 N Virginia St | Reno | NV | 89501 | 775-325-7401 |
| $ 100.00 | Safeway Fuel Station | 2808 Vista Blvd | Sparks | NV | 89434 | 775-352-8580 |
| $ 100.00 | Safeway Pharmacy | 2858 Vista Blvd | Sparks | NV | 89434 | 775-352-8470 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Wynn Las Vegas | 3131 Las Vegas Blvd South | Las Vegas | NV | 89109 | 702-834-9262 |
| $ 100.00 | US Bank | 5190 Neil Rd #130 | Reno | NV | 89502 | 775-689-2050 |
| $ 100.00 | Burger King | 285 N McCarran Blvd | Sparks | NV | 89431 | 775-331-3993 |
| $ 100.00 | Rail City Casino | 2121 Victorian Ave | Sparks | NV | 89431 | 775-359-9440 |
| $ 100.00 | Chase Bank | 1725 Saratoga Ave. | San Jose | CA | 95129 | 408-342-1164 |
| $ 100.00 | Mirage Hotel & Casino | 3400 Las Vegas Blvd South | Las Vegas | NV | 89109 | 702-791-7111 |
| $ 100.00 | Harrah's Lake Tahoe | 15 Highway 50 PO Box 8 | Stateline | NV | 89449 | 775-588-6611 |
| $ 100.00 | Six Feet Deep (Cameron Bellamy) | 1065 Pinewood Dr | Sparks | NV | 89434 | 775-359-7515 |
| $ 100.00 | Charlotte Russe | 5190 Neil Rd #D-155A | Reno | NV | 89502 | Unknown |
| $ 100.00 | Kmart | 2125 Oddie Blvd | Sparks | NV | 89431 | 775-358-5050 |
| $ 100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $ 100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $ 100.00 | Safeway | 600 Patterson Blvd | Pleasant Hill | CA | 94523 | 925-933-8243 |
| $ 100.00 | Nevada State Treasurer | 305 Galletti Way | Reno | NV | 89502 | Unknown |
| $ 100.00 | Showboat Inn | 660 N Virginia St | Reno | NV | 89501 | 775-786-4032 |
| $ 100.00 | Safeway Fuel Station | 2808 Vista Blvd | Sparks | NV | 89434 | 775-352-8580 |

USSS Case 421-735-3767-S
Victims in Excel Format

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 100.00 | Smith's Grocery Store | 1255 Barring Blvd | Sparks | NV | 89434 | 775-359-6800 |
| $ 100.00 | Wal Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Denny's | 205 E Nugget Ave | Sparks | NV | 89431 | 775-359-9053 |
| $ 100.00 | Wells Fargo Bank | 400 N McCarran Blvd | Sparks | NV | 89431 | 775-352-2400 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Dennis Sawyer | 10132 2nd St SE | Lake Stevens | WA | | |
| $ 100.00 | Central Cash Vault | 460 Hegenberger Rd | Oakland | CA | 94621 | |
| $ 100.00 | Smith's | 750 S Meadows Pkwy | Reno | NV | 89521 | 775-851-8050 |
| $ 100.00 | Smith's | 750 S Meadows Pkwy | Reno | NV | 89521 | 775-851-8050 |
| $ 100.00 | O'Reilly Auto Parts (Now Kargen)) | 345 E Prater Way | Sparks | NV | 89431 | 775-331-7550 |
| $ 100.00 | 7-Eleven | 6150 S McCarran Blvd | Reno | NV | 89509 | 775-825-1663 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Harrah's Reno | 210 N Center St | Reno | NV | 89501 | 775-788-3241 |
| | | PO Box 10 | Reno | NV | 89504 | |
| $ 100.00 | Wells Fargo Bank | 2105 Oddie Blvd | Sparks | NV | 89431 | 775-685-7617 |
| $ 100.00 | Wells Fargo Bank | 5125 Mae Anne Ave | Reno | NV | 89523 | 775-784-3755 |
| $ 100.00 | Walgreens 5295 | 750 N Virginia St | Reno | NV | 89501 | 775-337-8703 |
| $ 100.00 | O'Reilly Auto Parts (Now Kargen) | 1755 S Virginia St | Reno | NV | 89502 | 775-337-8476 |
| $ 100.00 | Wells Fargo Bank | 2221 Pyramid Way | Sparks | NV | 89431 | 775-685-7601 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | 7-Eleven 33090 | 6150 S McCarran Blvd | Reno | NV | 89509 | 775-825-1663 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Harrah's Reno | 210 N Center St | Reno | NV | 89501 | 775-788-3241 |
| | | PO Box 10 | Reno | NV | 89504 | |
| $ 100.00 | Bank of America | 5905 S Virginia St #201 | Reno | NV | 89502 | 775-688-8900 |
| $ 100.00 | Zumiez | 5000 Meadowood Mall Cir #B108 | Reno | NV | 89502 | 775-828-9631 |
| $ 100.00 | A/X Armani Exchange | 129 5th Ave | New York | NY | 10003 | 212-254-7230 |
| | | (55 5th Ave ?) | | | | |
| $ 100.00 | Best Buy | 21601 Victory Blvd | Canoga Park | CA | 91303 | 818-713-7007 |
| $ 100.00 | US Bank | 565 E Prater Way | Sparks | NV | 89431 | 775-685-3636 |

USSS Case 421-735-3767-S
Victims in Excel Format

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 100.00 | Dillard's | 13933 S Virginia St | Reno | NV | 89511 | 775-852-3080 |
| $ 100.00 | Verizon Wireless | 1 Daniel Burnham Ct #20C | San Francisco | CA | 94109 | 415-351-1700 |
| $ 100.00 | Rue 21 | 5000 Meadowood Mall Cir | Reno | NV | 89502 | Unknown |
| $ 100.00 | Charlotte Russe | 5190 Neil Rd #D155A | Reno | NV | 89502 | Unknown |
| $ 100.00 | Wells Fargo Bank | 5100 Neil Rd | Reno | NV | 89502 | 775-829-5350 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Bead Etc | 3533 Clayton Rd | Concord | CA | 94519 | 925-691-1100 |
| $ 100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $ 100.00 | Raley's | 2895 N McCarran Blvd | Sparks | NV | 89431 | 775-353-8800 |
| $ 100.00 | Silver Legacy Resort Casino | 407 N Virginia St PO Box 3920 | Reno Reno | NV NV | 89501 89505 | 775-325-7401 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Old Navy | 4891 Kietzke Ln | Reno | NV | 89509 | 775-826-8700 |
| $ 100.00 | Virginia Motor Lodge | 500 S Virginia St | Reno | NV | 89501 | 775-786-9990 |
| $ 100.00 | Maria Olivia Lopez | 1870 Armand Dr | Milpitas | CA | 95035 | 408-941-9804 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | First Independent Bank | 5335 Kietzke Ln | Reno | NV | 89511 | 775-828-2000 |
| $ 100.00 | Reno Currency Services | 895-S 21st St | Reno | NV | 89431 | Unknown |
| $ 100.00 | O'Reilly Auto Parts (Now Kragen) | 7540 Longley Ln | Reno | NV | 89511 | 775-853-8770 |
| $ 100.00 | Final Finish Auto Body | 1350 Freeport Blvd #112 | Sparks | NV | 89431 | 775-331-1355 |
| $ 100.00 | Crown Beverage Incorporated | 1650 Linda Way | Sparks | NV | 89531 | 775-358-2428 |
| $ 100.00 | Smith's Food & Drugs | 750 S Meadows Pkwy | Reno | NV | 89521 | 775-851-8050 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Denny's | 680 N Wells Ave | Reno | NV | 89512 | 775-322-9039 |
| $ 100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $ 100.00 | Peppermill Resort Casino | 2707 S Virginia St | Reno | NV | 89502 | 866-821-9996 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $ 100.00 | Charter Communications | 9335 Prototype Dr | Reno | NV | 89521 | 775-348-2772 |

USSS Case 421-735-3767-S
Victims in Excel Format

| Amount | Victim | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Junkee Clothing Exch & Antique | 960 S Virginia St | Reno | NV | 89502 | 775-322-5865 |
| $100.00 | Silver Legacy Resort Casino | 407 N Virginia St PO Box 3920 | Reno | NV | 89501 89505 | 775-325-7401 |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Bank of America Reno Central Vault | PO Box 20000 | Reno | NV | 89520 | |
| $100.00 | Peppermill Resort Casino | 2707 S Virginia St | Reno | NV | 89502 | 866-821-9996 |
| $100.00 | Ulta Cosmetics | 177 Los Altos Pkwy | Sparks | NV | 89436 | 775-626-5325 |
| $100.00 | Garda Reno | 900 Industrial Way | Reno | NV | 89431 | |
| $100.00 | O'Reilly Auto Parts (Now Kragen) | 1725 Prater Way #A | Sparks | NV | 89431 | 775-358-9440 |
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | Autozone | 825 Roberta Ln | Sparks | NV | 89431 | 775-359-5111 |
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Petsmart | 5110 Mae Anne Ave | Reno | NV | 89523 | 775-787-7833 |
| $100.00 | Walgreens | 3495 S Virginia St | Reno | NV | 89502 | 775-824-0802 |
| $100.00 | Autozone | 1550 S Virginia St | Reno | NV | 89502 | 775-323-4007 |
| $100.00 | Denny's | 680 N Wells Ave | Reno | NV | 89512 | 775-322-9039 |
| $100.00 | Denny's | 205 Nugget Ave | Sparks | NV | 89431 | 775-359-9053 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Nevada State Bank | 190 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-852-6611 |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | No Fear Retail Inc | 5532 Meadowood Mall Cir Or 13985 S Virginia St | Reno | NV | 89502 89511 | 775-336-6187 775-284-1755 |
| $100.00 | Kohl's Department Store | 5035 Pyramid Way | Sparks | NV | 89436 | 775-356-9966 |
| $100.00 | Styles for Less | 568 N McCarran Blvd | Sparks | NV | 89431 | 775-358-8812 |

USSS Case 421-735-3767-S
Victims in Excel Format

| | | | | | | |
|---|---|---|---|---|---|---|
| $100.00 | Dairy Queen | 2236 Oak Ridge Dr | Carson City | NV | 89703 | 775-450-6677 |
| $100.00 | Wells Fargo Bank | 1200 Disc Dr | Sparks | NV | 89436 | 775-626-4050 |
| $100.00 | Big 5 Sporting Goods | 4986 S Virginia St | Reno | NV | 89502 | 775-825-2322 |
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Safeway | 2858 Vista Blvd | Sparks | NV | 89434 | 775-352-8470 |
| $100.00 | Sparks PD | SPD 10-11060 | | | | |
| $100.00 | Wells Fargo Bank | 5440 Sun Valley Blvd | Sun Valley | NV | 89433 | 775-333-4229 |
| $100.00 | Club Cal Neva | 38 E 2nd St | Reno | NV | 89501 | 775-777-7703 |
| $100.00 | Toys R Us | 5000 Smithridge Dr #A27 | Reno | NV | 89502 | 775-827-8697 |
| $100.00 | Wal-Mart Supercenter | 155 Damonte Ranch Pkwy | Reno | NV | 89521 | 775-853-6400 |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Central Cash Vault | 460 Hegenberger Rd | Oakland | CA | 94621 | Unknown |
| $100.00 | Peppermill Resort Casino | 2707 S Virginia St | Reno | NV | 89502 | 866-821-9996 |
| $100.00 | Wal-Mart Supercenter | 5260 W 7th St | Reno | NV | 89523 | 775-624-2000 |
| $100.00 | Reno Currency Services | 895 S 21st St | Sparks | NV | 89431 | |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | Petco | 2970 Northtowne Ln | Reno | NV | 89512 | 775-673-9200 |
| $100.00 | Wal-Mart Supercenter | 5065 Pyramid Way | Sparks | NV | 89436 | 775-425-9300 |
| $100.00 | 7-Eleven 14079 | 425 Greenbrae Dr | Sparks | NV | 89431 | 775-358-7311 |
| $100.00 | McDonald's | 1547 S Virginia St #1 | Reno | NV | 89502 | 775-322-0414 |
| $100.00 | Travel Centers of America | 200 N McCarran Blvd | Sparks | NV | 89431 | 775-359-0550 |
| $100.00 | Terrible Herbst 810 | 7695 S Virginia St | Reno | NV | 89511 | 775-425-7600 |
| $100.00 | Terrible Herbst 810 | 7695 S Virginia St | Reno | NV | 89511 | 775-425-7600 |
| $100.00 | US Bank | 2597 Mill St | Reno | NV | 89502 | 888-499-1595 |
| $100.00 | Walgreens 5295 | 750 N Virginia St | Reno | NV | 89501 | 775-337-8703 |
| $100.00 | Jc Penney 30148 | 190 E Glendale | Sparks | NV | 89431 | 775-331-5900 |
| $100.00 | US Bank 1036 | 142 Los Altos Pkwy | Sparks | NV | 84936 | 775-356-2350 |
| $100.00 | Terrible Herbst 810 | 1390 Disc Drive | Sparks | NV | 89436 | 775-656-1380 |
| $100.00 | Kohl's Department Store 1172 | 5150 Mae Anne Ave #100 | Sparks | NV | 89523 | 775-787-8100 |
| $100.00 | Scolaris 120 | 8165 S Virginia St | Reno | NV | 89502 | 775-331-7700 |
| $100.00 | Target 1363 | 6845 Sierra Center Pkwy | Reno | NV | 89511 | 775-853-8900 |

USSS Case 421-735-3767-S
Victims in Excel Format

| | | 8165 S Virginia St | Reno | NV | 89502 | 775-331-7700 |
|---|---|---|---|---|---|---|
| $100.00 | Scolaris 120 | | | | | |
| $100.00 | Macys 409 | 5100 Meadowood Mall Cr | Reno | NV | 89502 | 775-826-8333 |
| $100.00 | Jackson Food 137 | 1365 Baring Blvd | Sparks | NV | 89434 | 775-353-2873 |
| $100.00 | Kohls Department Stores 1172 | 5150 Mae Anne Ave #100 | Reno | NV | 89523 | 775-787-8100 |
| $100.00 | Nevada State Bank 4856 | 500 E Prater Way | Sparks | NV | 89431 | 775-852-6611 |
| $100.00 | Wells Fargo Reno Cash Services | 2445 Vassar St. | Reno | NV | 89502 | 775-334-1584 |
| $100.00 | Jackson Food 137 | 1365 Baring Blvd | Sparks | NV | 89434 | 775-353-2873 |
| $100.00 | Margaret L Hassler | 701 W Winnie Ln | Carson City | NV | 89703 | 775-882-2032 |
| $100.00 | Quik Stop Market | 1005 N Hills Blvd | Reno | NV | 89506 | 775-972-0560 |
| $100.00 | Dairy Queen | 2236 Oak Ridge Dr | Carson City | NV | 89703 | 775-450-6677 |
| $100.00 | Dimas Antonio Caceres Flores | 2121 Victorian Ave | Sparks | NV | 89431 | Unknown |

```
                                        FILED          RECEIVED
                                        ENTERED        SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                            SEP -8 2011

                                         CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-020-HDM (RAM) |
| ) | |
| MICHELLE ANN MORRIS and ) | |
| EAIN WILLIAM VARGA, ) | |
| ) | |
| Defendants. ) | |

### FINAL ORDER OF FORFEITURE

On June 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P.'32.2(b)(1) and (2); Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), based upon the pleas of guilty, respectively, by defendants MICHELLE ANN MORRIS and EAIN WILLIAM VARGA to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offenses to which defendants MICHELLE ANN MORRIS and EAIN WILLIAM VARGA pled guilty. Docket #1, #40, #44.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 20, 2011 through July 19, 2011, further notifying all known third parties of their right to petition the Court. #45.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 492 and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:
11    1.  One Hewlett Packard Laptop Computer, Model DV6-2150US, serial number
12        CNF01923XS;
13    2.  One Photosmart printer, Model SDG0A-0377, serial number MY42A213HZ,
14    3.  One Brother all-in-one multifunction printer, Model MFC-665CW, serial
15        number U61581L6F622095; and
16    4.  Peripheral equipment ("property").
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19 as any income derived as a result of the United States of America's management of any property
20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21 according to law.
22 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23 certified copies to the United States Attorney's Office.
24 DATED this 8th day of September, 2011.
25
26
UNITED STATES DISTRICT JUDGE